IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DR. JILL STEIN, ANITA RIOS, LOGAN MARTINEZ, DEBORAH MANERA SMITH and ROBERT HANNON, <br><br> Plaintiffs, <br><br> v. <br><br> FRANK LaROSE, in his official capacity as Secretary of State of Ohio, <br><br> Defendant. | Civil No.: 2:24-cv-04042 |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs Dr. Jill Stein, Anita Rios, Logan Martinez, Deborah Manera Smith and Robert Hannon (collectively, "Plaintiffs") respectfully move for a temporary restraining order and preliminary injunction directing Defendant, Ohio Secretary of State Frank LaRose ("the Secretary"), to treat as valid and count all votes cast for Stein and Rios as Independent candidates for President and Vice-President, respectively, in Ohio's November 5, 2024 general election. Plaintiffs further move the Court to prohibit the Secretary from notifying county boards of elections that votes cast for Stein and Rios will be void and not counted. As set forth in the attached Memorandum of Law in support of this Motion, Plaintiffs have met the requirements of Rule 65 because: (1) they are likely to prevail on the merits; (2) they will suffer irreparable harm in the absence of preliminary relief; (3) an injunction or temporary restraining order will not harm or burden the Secretary; and (4) an injunction or temporary restraining order will serve the public interest.

Respectfully submitted,

*/s/Mark R. Brown*
Mark R. Brown (Bar No. 081941)*
Newton D. Baker/Baker &
Hostetler Professor of Law
Capital University**
303 E. Broad Street
Columbus, OH  43220
MBrown@law.capital.edu
Phone  (614) 236-6590
Fax     (614) 236-6596


Oliver Hall
(*Pro Hac Vice Pending*)
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org


*Counsel of Record
**For identification only

*Counsel to Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 9, 2024, this Motion and accompanying Memorandum of Law were served upon Defendant Frank LaRose by email to the Ohio Attorney General's Office, c/o Julie Pfeiffer, Section Chief, Constitutional Offices, at Julie.Pfeiffer@OhioAGO.gov, and that Ms. Pfeiffer agreed to accept such service on Defendant's behalf.

                                */s/Mark R. Brown*
                                Mark. R. Brown
                                *Counsel to Plaintiffs*