

*Via Electronic Mail*

September 19, 2024

Rich Lass
PO Box 4359
Fall River, MA 02723

Dear Mr. Lass,

On August 28, 2024, the Ohio Secretary of State's office received written notice that Anita Rios withdrew as the vice presidential candidate for Jill Stein. Please be advised that the deadline for a candidate to withdraw and NOT appear on the November 5, 2024 general election ballot was August 27, 2024. See R.C. 3513.30(E).

Additionally, to date, we have not received the required documentation for a replacement candidate. Nevertheless, the deadline to fill a vacancy on the ballot was August 12, 2024. See. R.C. 3513.31(F); R.C. 1.14. Presidential and vice presidential candidates must file jointly with this office. See [2024 Ohio Presidential Guide](); R.C. 3513.257. Absent a valid vice presidential candidate, Ms. Stein no longer qualifies to receive votes for president in the State of Ohio.

Because the deadline passed for the Stein/Rios joint candidacy to be removed from the ballot, Ms. Stein and Ms. Rios will remain on the ballot. However, the Secretary of State's office is required by R.C. 3513.30(E) to notify all boards that votes cast for the Stein/Rios ticket will be void and not counted.

Please contact us at (614) 466-2585 if you have questions.

Regards,

Chris Burnett

Chris Burnett

Director of Elections