# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| | | |
|---|---|---|
| Philena Farley | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-04042 |
| Frank LaRose | ) | |
| *Defendant* | ) | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT 17 2024 3:35
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

# MOTION TO QUASH OR MODIFY SUBPOENA

To the Honorable Judge Michael Watson:

Respectfully, I move this Honorable Court to quash or modify the subpoena served on me via email on October 16, 2024, and phone calls on October 17th, 2024, for the following reasons:

The subpoena fails to allow reasonable time to comply, as I was served with only 48 hours' notice. This timeframe is insufficient to allow me to:

- Retain counsel to represent me in this matter.
- Gather and prepare the extensive documentation requested, which includes [ specify the documents requested].
- Ensure that I am adequately prepared to testify at the deposition.

WHEREFORE, I respectfully request that this Honorable Court quash or modify the subpoena to allow a reasonable time for compliance.

Respectfully submitted,

*/s/ Philena Farley*

**Philena Farley**
**1390 Mount Vernon Ave**
**Columbus OH 43203**