**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO (Columbus)**

| | | |
|---|---|---|
| **DR. JILL STEIN, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | **Case No. 24-cv-4042** |
| | : | |
| **v.** | : | **Judge Michael Watson** |
| | : | |
| **FRANK LaROSE,** | : | **Mag. Judge Chelsey M. Vascura** |
| | : | |
| **Defendants.** | : | |

---

**MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

---

Defendant Frank LaRose seeks leave of the Court to exceed the page limit in its response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. As this Court is aware, this matter is being litigated in an expedited posture and concerns weighty issues regarding the procedures for the ongoing election.

In light of these circumstances, Defendant's response requires a detailed recitation of the relevant facts and a thorough discussion of varied areas of state and federal law. When combined with the Court's request for briefing on *Pullman* abstention, there is good cause to permit a brief in excess of the usual twenty-page limit. *See* Standing Order for Civil Cases, pt. IV. Granting leave to exceed will permit Defendant to provide the Court with all the information it needs to resolve this expedited matter.

Counsel anticipates the brief will be about thirty pages. Due to the tight time constraints in this matter, Counsel was not able to seek consent from Plaintiffs before filing.

1

Respectfully submitted,

DAVE YOST
Ohio Attorney General


*/s/ Ann Yackshaw*

ANN YACKSHAW (0090623)*
    *\*Counsel of Record*
HEATHER L. BUCHANAN (0083032)
STEPHEN P. TABATOWSKI (0099175)
MARK D. TUCKER (0036855)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, OH 43215-3428
Tel: (614) 466-2872 | Fax: (614) 728-7592
Ann.Yackshaw@OhioAGO.gov
Heather.Buchanan@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Mark.Tucker@OhioAGO.gov

*Counsel for Frank LaRose*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, a copy of the foregoing *Motion to Exceed Page Limit* was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties have access to this filing through the Court's system.

/s/ *Ann Yackshaw*
ANN YACKSHAW (0090623)
Assistant Attorney General