IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO (Columbus)

| | |
|---|---|
| DR. JILL STEIN, et al., | : |
| Plaintiffs, | : Case No. 24-cv-4042 |
| v. | : Judge Michael Watson |
| FRANK LaROSE, | : Mag. Judge Chelsey M. Vascura |
| Defendants. | : |

**(PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

The Court hereby GRANTS the Motion for Leave to Exceed the Page Limit filed by Defense Counsel for Defendant.

IT IS SO ORDERED.

                                                                                            _____
                                                                                            Judge Michael Watson

Prepared by:

ANN YACKSHAW (0090623)*
     *Counsel of Record*
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, OH  43215-3428
Tel: (614) 466-2872 | Fax: (614) 728-7592
Ann.Yackshaw@OhioAGO.gov

*Counsel for Frank LaRose*

cc: watson_chambers@ohsd.uscourts.gov.