IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DR. JILL STEIN, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 24-cv-4042 |
| | : | |
| v. | : | Judge Michael Watson |
| | : | |
| FRANK LaROSE, | : | Mag. Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## DECLARATION OF CHRIS BURNETT

I, Chris Burnett, hereby state that I am over the age of eighteen years and am competent to testify

to the following on the basis of personal, firsthand knowledge:

1. I am over eighteen years of age and competent to testify on the matters contained in this Affidavit. The facts set forth in this Affidavit are based on my personal knowledge.

2. I currently serve as the Deputy Assistant Secretary of State and State Elections Director in the Elections Division of the Office of Ohio Secretary of State Frank LaRose. I was appointed to this position in June 2023. Prior to being appointed, I served as the Director of the Gallia County Board of Elections from June 2017.

3. As part of my duties as Deputy Assistant Secretary of State and State Elections Director, I am responsible for developing and implementing policies, procedures, and guidelines for the administration of federal, state, and local elections to assist Ohio's 88 county boards of elections in the fulfillment of their statutory duties. I also have oversight of the statewide voter registration database; the receipt, review, and distribution of statewide candidate and issue petition filings; and campaign finance regulations and related filings.

4. In my role as Deputy Assistant Secretary of State and State Elections Director, I work closely with Ohio's 88 county boards of elections. In that capacity, I advise boards on the issuance and implementation of directives issued by the Secretary of State. These directives govern the conduct of elections, answer general questions, and help the boards ensure that elections run smoothly, accurately, and in accordance with Ohio law.

5. Through my position, I am familiar with the election laws of the State of Ohio and with the deadlines for submitting nominating petitions for independent candidates for office. I am also familiar with the deadlines for the substitution and withdrawal of candidates for office.

6. Persons desiring to become independent joint candidates for the office of president and vice president of the United States must file as a single instrument one statement of candidacy and one nominating petition for the two of them. The statement of candidacy and nominating petition must be filed with the Secretary of State's Office not later than 4:00 p.m. on the 90th day before the day of the general election. The nominating petition must be signed by at least five thousand qualified electors. Ohio Rev. Code § 3513.257.

7. The nominating petition and statement of candidacy must designate a committee of five to represent the candidates for office of president and vice-president of the United States. Ohio Rev. Code § 3513.261.

8. In 2024, the statement of candidacy and nominating petitions of independent joint candidates for the office of president and vice president of the United States were due on August 7.

9. The Secretary's Office provides a valid and sufficient joint nominating petition for president and vice president of the United States. A true and accurate copy of Form No. 3-A is attached hereto as Exhibit A.

10. Ohio law permits both the substitution and withdrawal of candidates who have filed nominating petitions.

11. A person nominated by petition as an independent candidate may be substituted by another candidate. Once the candidate withdraws, a majority of the committee designated on the nominating petition may fill the vacancy. A member of the committee must certify in writing and under oath the name of the substitute candidate and include a written acceptance by the person whose name is so certified. Ohio Rev. Code § 3513.31(F). The substitution must be made not later than the 86th day before the day of the general election.

12. In 2024, any substitution of a candidate nominated by petition as an independent candidate was due on August 12.

13. Any person nominated as a candidate by nominating petition may withdraw as a candidate at any time prior to the general election. Ohio Rev. Code § 3513.30(D). "Such withdrawal may be effected by the filing of a written statement by such candidate announcing the candidate's withdrawal and requesting that the candidate's name not be printed on the ballots." *Id.*

14. If a withdrawal under § 3513.30(D) is filed on or before the 70th day before the day of the general election, the name of the withdrawn candidate shall be removed from the ballots. If a withdrawal under § 3513.30(D) is filed after the 70th day before the day of the general election, the name of the withdrawn candidate shall not be removed from the ballots. Instead, the board of elections shall post a notice at each polling place and shall enclose with each absentee ballot given or mailed after the candidate withdraws a notice that votes for the withdrawn candidate will be void and will not be counted. Ohio Rev. Code § 3513.30(E).

15. The 70-day deadline for removing withdrawing candidates' names from the ballot corresponds to the typical deadline for certifying the official ballot. Under Ohio Rev. Code § 3505.01(A)(1), the Secretary of State must certify to the boards of elections the official ballots to be used at that general election, together with the names of the statewide candidates, on the 70th day before the day of the general election.

16. Together, Ohio Rev. Code §§ 3513.30, 3513.31, and 3505.01 govern candidate withdrawal and substitution across all types of candidacies. These statutes are necessary to ensure the orderly and timely finalization of the ballot and the candidates who appear on it, thus ensuring the smooth administration of Ohio elections and the integrity of Ohio's electoral process.

17. In 2024, a candidate withdrawal filed on or before August 27 would have triggered the removal of the candidate from the ballot. Any withdrawal filed after August 27 would not have triggered the removal of the candidate from the ballot.

18. Rich Lass timely filed a nominating petition and statement of candidacy for Jill Stein and Anita Rios to become independent joint candidates for president and vice president of the United States. A copy of their nominating petition and statement of candidacy is attached hereto as Exhibit B.

19. The boards of elections certified at least five thousand signatures on the nominating petition. Accordingly, on August 22, I sent Mr. Lass a letter confirming that Dr. Stein and Ms. Rios "will be placed" on the general election ballot. A true and correct copy of my letter to Mr. Lass is attached hereto as Exhibit C.

20. The Secretary of State issued Directive 2024-20 on August 27, 2024, certifying the official ballots for the November 5 general election. A true and correct copy of Directive 2024-20 is attached hereto as Exhibit D. Due to unrelated litigation, the official ballot form was revised and ultimately finalized in Directive 2024-25. A true and correct copy of Directive 2024-25 and the sample ballot for the November 5 general election are attached hereto as Exhibit E. Dr. Stein and Ms. Rios appear on the general election ballot.

21. On August 28, Philena Farley, an individual who identified herself as a member of the Ohio Green Party, personally submitted a letter from Ms. Rios withdrawing "as a placeholder candidate for Vice President of the United States on the nominating petition in Ohio for the 2024 presidential election. I was never officially nominated by the Green Party of the United States, and Jill Stein has since chosen Dr. Butch Ware as her running mate." The letter further provided that Ms. Rios "request[s] that [her] name be removed from any relevant documents and replaced with Dr. Butch Ware, the officially nominated Vice Presidential candidate." A true and correct copy of the letter is attached hereto as Exhibit F. A true and correct copy of the business card left by Ms. Farley at the Secretary of State's Office is attached hereto as Exhibit G.

22. On September 6, Sarah Huffman, Deputy Chief Legal in the Secretary's Office, emailed Brittany Turner at deputyballot@jillstein2024.com advising her that Ms. Rios's withdrawal letter was received by the Secretary's Office on August 28, after the deadline for substitution and the deadline to withdraw and not appear on the ballot. A true and correct copy of this email is attached hereto as Exhibit H.

23. On September 19, I sent Mr. Lass a letter advising that the Secretary's Office received Ms. Rios's withdrawal letter on August 28. I informed Mr. Lass that Dr. Stein and Ms. Rios would remain on the ballot pursuant to Ohio Rev. Code § 3513.30(E) but that votes cast for Dr. Stein and Ms. Rios would not be counted. A true and correct copy of this letter is attached hereto as Exhibit I.

24. That same day, our Office instructed the boards of elections that the boards must provide notice to voters that votes for Dr. Stein and Ms. Rios will not be counted. Our Office directed that notice be provided with any absentee ballots, including all Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) ballots. A true and correct copy of our Office's email to the boards of elections is attached hereto as Exhibit J.

25. Under Ohio law, September 20, the day after my letter to Mr. Lass and our Office's instructions to the boards of elections, was the deadline for UOCAVA ballots to be printed and ready for use. Ohio Rev. Code § 3509.01(B)(1); 3511.04.

26. On October 8, early in-person voting began at the boards of elections. Ohio Rev. Code § 3509.051(A)(1). Pursuant to our Office's September 19 email to the boards of elections, all boards have posted a notice at the office of the board advising voters that any votes for Dr. Stein and Ms. Rios would not be counted and continue to do so as of the date of this declaration.

27. On October 8, boards began to mail absentee ballots to voters. Ohio Rev. Code § 3509.01(B)(2). Pursuant to our Office's September 19 email to the boards of elections, all absentee ballots mailed as of the date of this declaration included an insert advising voters that any votes for Dr. Stein and Ms. Rios would not be counted. An example of an insert is attached hereto as Exhibit K.

28. Dr. Stein and Ms. Rios were not the only candidates for president and vice president of the United States to withdraw after submitting a statement of candidacy and nominating petition. Robert F. Kennedy, Jr. submitted a letter withdrawing his candidacy on August 23. Because his withdrawal letter was received by our Office before August 27, his name was removed from the official ballot. Ohio Rev. Code § 3513.30(E), 3505.01(A)(1). A true and correct copy of Mr. Kennedy's withdrawal letter is attached hereto as Exhibit L.

29. As of the date of this declaration, any change in elections procedures will pose significant problems for the boards of elections and for voters.

30. First and foremost, voting in the general election has already begun. Many UOCAVA voters, absentee voters, and early in-person voters have already been informed that votes for Dr. Stein and Ms. Rios will not be counted. As of October 16, 2024, 1,048,513 absentee ballots have been requested. Boards of elections have therefore mailed 1,048,513 inserts advising voters that votes for Dr. Stein and Ms. Rios will not be counted. Voters have already returned 104,214 absentee ballots. Another 329,448 voters have voted early at the county boards of elections where the boards have posted notices advising that votes for Dr. Stein and Ms. Rios will not be counted.

31. If this Court were to grant the relief requested by Plaintiffs, the Secretary's Office would have to issue new instructions to the boards of elections.

32. The boards would have to develop new inserts to include in the absentee ballot packets, new signage for early in-person voting at the boards of elections, and potentially send

updated instructions to the absentee voters who received the old inserts advising that votes for Dr. Stein and Ms. Rios would not be counted.

33. Based on my prior experience as the Director of the Gallia County Board of Elections, I would estimate that the boards of elections will require two days, at a minimum, to remove, reprint, and stuff new instructions. Additionally, county boards use outside vendors to print materials. Thus, the boards' ability to reprint materials will depend on vendor schedules and resources.

34. These burdens will strain the already limited financial and staffing resources of the boards of elections. And the additional time and money will come while the boards are handling the numerous other duties and tasks that they must complete in these last weeks before the general election.

35. As to the 433,662 voters who have already completed voting as of October 16, 2024 (absentee ballots returned plus early in-person votes), nothing could be done to provide these voters with updated instructions or a chance to revise their ballots.

36. Our office received multiple phone calls from individuals associated with the Stein campaign after the submission of the August 28 letter. Brittany Turner called our office on August 28 asking about the proper procedure to replace a candidate. Rose Ruby called our office on September 6 seeking a copy of the August 22 letter I sent to Mr. Lass. Neither Ms. Turner nor Ms. Ruby told anyone in our office that the August 28 letter was not authorized.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Chris Burnett
Deputy Assistant Secretary of State
Office of the Ohio Secretary of State

Executed on ___10/18/24___.

# Exhibit A

Form No. 3-A Prescribed by the Ohio Secretary of State (12-19)

# Nominating Petition and Statement of Candidacy

### For President and Vice President of the United States

To be filed with the Secretary of State not later than 4 p.m. of the 90th day before the general election.

*R.C. 3501.02, 3513.257, .261, .263*

## Statement of Candidacy for President

***NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.***

I, _____, the undersigned, hereby declare under penalty of election falsification that
     Name of Candidate for President

my residence address is _____ , _____ , _____ , _____ .
    Street Number and Address, if any, (or rural route and number)   City or Village   State   Zip Code

I further declare that I desire to be a candidate for election to the office of President of the United States at the

general election to be held on the _____ day of November, _____ .
                       Day             Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a natural-born citizen of the United States.

Dated this _____ day of _____ , _____ .   _____
        Day          Month      Year          **Signature of Candidate**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Statement of Candidacy for Vice President

***NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.***

I, _____, the undersigned, hereby declare under penalty of election falsification that
     Name of Candidate for Vice President

my residence address is _____ , _____ , _____ , _____ .
    Street Number and Address, if any, (or rural route and number)   City or Village   State   Zip Code

I further declare that I desire to be a candidate for election to the office of Vice President of the United States at the

general election to be held on the _____ day of November, _____ .
                       Day             Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a a natural-born citizen of the United States.

Dated this _____ day of _____ , _____ .   _____
        Day          Month      Year          **Signature of Candidate**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

We hereby designate the persons named below as a committee to represent us:

| Name | Residence |
|------|-----------|
|      |           |
|      |           |
|      |           |
|      |           |
|      |           |

## Nominating Petition

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or

township, set opposite our names, hereby nominate _____ as a candidate
                                      Name of Candidate of President

for election to the office of President of the United States and _____ as a
                                           Name of Candidate of Vice President

candidate for election to the office of Vice President of the United States to be voted for at the next general election,

and certify said persons are, in our opinion, well qualified to perform the duties of the office or position to which they

jointly desire to be elected.

**Signatures on this petition must be from only one county and must be written in ink.**

| Signature | Voting Residence Street Number and Address | City, Village, or Township | County | Date of Signing |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23 | | | | |

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

## Circulator Statement

***Must be completed and signed by the circulator.***

I, _____ , declare under penalty of election falsification that I reside at the address
        Printed Name of Circulator

appearing below my signature; that I am the circulator of the foregoing petition containing _____ signatures;
                                                  Number

that I witnessed the affixing of every signature; that all signers were to the best of my knowledge and belief

qualified to sign; and that every signature is to the best of my knowledge and belief the signature of the person

whose signature it purports to be or of an attorney in fact acting pursuant to section 3501.382 of the Revised Code.

_____
**Signature of Circulator**

_____
Permanent Residence Address

_____  _____  _____
City or Village          State    Zip Code

Exhibit A, Page 2 of 3

**OHIO REVISED CODE SECTION 3513.257 PROVIDES THAT "NO NOMINATING PETITION FOR THE OFFICES OF PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES SHALL BE ACCEPTED FOR FILING UNLESS THERE IS SUBMITTED TO THE SECRETARY OF STATE, AT THE TIME OF FILING THE PETITION, PRESIDENTIAL ELECTORS SUFFICIENT IN NUMBER TO SATISFY THE REQUIREMENTS OF THE UNITED STATES CONSTITUTION."**

**Below is a list of electors pledged to the candidates herein before described:**

| Signature | Voting Residence Street Number and Address | City, Village, or Township | Zip Code | County | Date of Signing |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

Dated this _____ day of _____, _____.
             Day              Month        Year

_____       _____
**Signature of Candidate for President or**       **Signature of Candidate for Vice President or**
**Authorized Representative**               **Authorized Representative**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

# Exhibit B



# Frank LaRose
## *Ohio Secretary of State*

## 2024 PRESIDENTIAL BALLOT ACCESS FILING FORM
### (Independent Candidates)
R.C. 3501.02, 3513.257, 3513.261, 3513.263

**To be completed by candidate or candidate's representative:**

Names of joint candidates: _Jill Stein and Anita Rios_

Name of person filing: _Rich Lass_

Mailing address for campaign: _POB 4359    Fall River MA 02723_

Phone number of person filing: _505 920 0540_

Email address for campaign: _jason@jillstein2024.com_

Signature of person filing: _Rich Lass_

Purported number of part-petitions submitted: _1200_

Purported number of signatures submitted: _11,500_

**To be completed by election official receiving filing:**

Date of filing: _7/9/24_

Form 3-A received: _✓_

Slate of electors received: _✓_

Desired Ballot Designation Form Received: (Yes)/No

Name of election official receiving filing: _Chris Burnett_

Signature of election official receiving filing: _____

**Filing Fee: NONE**

Form No. 3-A Prescribed by the Ohio Secretary of State (12-19)

## Nominating Petition and Statement of Candidacy

**For President and Vice President of the United States**

To be filed with the Secretary of State not later than 4 p.m. of the 90th day before the general election.

*R.C. 3501.02, 3513.257, .261, .263*

### Statement of Candidacy for President

*NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.*

I, _Jill Stein_, the undersigned, hereby declare under penalty of election falsification that
　　　Name of Candidate for President

my residence address is _17 Trotting Horse Dr._, _Lexington_, _MA_ _02421_
　　　　　　　Street Number and Address, if any, (or rural route and number)　City or Village　State　Zip Code

I further declare that I desire to be a candidate for election to the office of President of the United States at the

general election to be held on the _5th_ day of November, _2024_.
　　　　　　　　　　　　　　　　Day　　　　　　　　　　Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a natural-born citizen of the United States.

Dated this _29th_ day of _November_, _2023_.　　　_Jill Stein_
　　　　　　　Day　　　　Month　　　　　Year　　　　　Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

### Statement of Candidacy for Vice President

*NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.*

I, _Anita Rios_, the undersigned, hereby declare under penalty of election falsification that
　　　Name of Candidate for Vice President

my residence address is _2626 Robinwood Ave_, _Toledo_, _Ohio_ _43610_
　　　　　　　Street Number and Address, if any, (or rural route and number)　City or Village　State　Zip Code

I further declare that I desire to be a candidate for election to the office of Vice President of the United States at the

general election to be held on the _5th_ day of November, _2024_.
　　　　　　　　　　　　　　　　Day　　　　　　　　　　Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a natural-born citizen of the United States.

Dated this _11th_ day of _December_, _2023_.　　　_Anita Rios_
　　　　　　　Day　　　　Month　　　　　Year　　　　　Signature of Candidate

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

We hereby designate the persons named below as a committee to represent us:

| Name | Residence |
|---|---|
| Constance A. Gadell Newton | 1082 Fair Ave., Columbus, OH. 43205 |
| Logan P Martinez | 7470 Mohawk Trail Rd, Centerville, OH 45459 |
| Makayla C. Lane | 1324 Burdette Ave., Cincinnati, OH. 45206 |
| Rebecca G. Calhoun | 2626 Dover Rd. Columbus, OH. 43209 |
| Terry J. Lodge | 11011 Frankfort, Holland, OH. 43528 |

### Nominating Petition

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or

township, set opposite our names, hereby nominate _Jill Stein_ as a candidate
　　　　　　　　　　　　　　　　　　　　　　Name of Candidate of President

for election to the office of President of the United States and _Anita Rios_ as a
　　　　　　　　　　　　　　　　　　　　　Name of Candidate of Vice President

candidate for election to the office of Vice President of the United States to be voted for at the next general election,

and certify said persons are, in our opinion, well qualified to perform the duties of the office or position to which they

jointly desire to be elected.

Exhibit B, Page 2 of 5



# NON-JUDICIAL INDEPENDENT CANDIDATES ONLY

R.C. 3513.257 permits an independent candidate, at the time of filing a nominating petition, to request that the candidate be designated on the ballot as a nonparty candidate or an other-party candidate, or appear without any designation. If certified to the ballot, candidate requests that the following designation or that no designation appear after the candidate's name on the ballot: (please check only one):

☐  Nonparty candidate

☒  Other-party candidate

☐  No Designation

_____     _____
**Signature of Candidate or Candidate's Representative**                              **Date**

Office of the Ohio Secretary of State

Form No. 3-A Prescribed by the Ohio Secretary of State (12-19)

## Nominating Petition and Statement of Candidacy

### For President and Vice President of the United States

To be filed with the Secretary of State not later than 4 p.m. of the 90th day before the general election.

*R.C. 3501.02, 3513.257, .261, .263*

### Statement of Candidacy for President

*NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.*

I, _Jill Stein_, the undersigned, hereby declare under penalty of election falsification that
  Name of Candidate for President

my residence address is _17 Trotting Horse Dr._, _Lexington_, _MA_ _02421_
                         Street Number and Address, if any, (or rural route and number)   City or Village   State   Zip Code

I further declare that I desire to be a candidate for election to the office of President of the United States at the

general election to be held on the _5th_ day of November, _2024_.
                                    Day                          Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a natural-born citizen of the United States.

Dated this _29th_ day of _November_, _2023_.          _Jill Stein_
           Day           Month          Year          **Signature of Candidate**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

### Statement of Candidacy for Vice President

*NOTE - Each candidate must fill in, sign and date this statement of candidacy before petitions are circulated.*

I, _Anita Rios_, the undersigned, hereby declare under penalty of election falsification that
  Name of Candidate for Vice President

my residence address is _2626 Robinwood Ave_, _Toledo_, _Ohio_ _43610_
                         Street Number and Address, if any, (or rural route and number)   City or Village   State   Zip Code

I further declare that I desire to be a candidate for election to the office of Vice President of the United States at the

general election to be held on the _5th_ day of November, _2024_.
                                    Day                          Year

I further declare that I shall be at least thirty-five years old, and shall have resided for at least fourteen years within

the United States by the 20th day of January after such election. I am a a natural-born citizen of the United States.

Dated this _11th_ day of _December_, _2023_.          _Anita Rios_
           Day          Month          Year           **Signature of Candidate**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

We hereby designate the persons named below as a committee to represent us:

| Name | Residence |
|------|-----------|
| Constance A. Gadell Newton | 1082 Fair Ave., Columbus, OH. 43205 |
| Logan P Martinez | 7470 Mohawk Trail Rd., Centerville, OH 45459 |
| Makayla C. Lane | 1324 Burdette Ave., Cincinnati, OH. 45206 |
| Rebecca G. Calhoun | 2626 Dover Rd., Columbus, OH. 43209 |
| Terry J. Lodge | 11011 Frankfort, Holland, OH. 43528 |

### Nominating Petition

We, the undersigned, qualified electors of the State of Ohio, whose voting residence is in the county, city, village, or

township, set opposite our names, hereby nominate _Jill Stein_ as a candidate
                                                    Name of Candidate of President

for election to the office of President of the United States and _Anita Rios_ as a
                                                                 Name of Candidate of Vice President

candidate for election to the office of Vice President of the United States to be voted for at the next general election,

and certify said persons are, in our opinion, well qualified to perform the duties of the office or position to which they

jointly desire to be elected.

Exhibit B, Page 4 of 5

OHIO REVISED CODE SECTION 3513.257 PROVIDES THAT "NO NOMINATING PETITION FOR THE OFFICES OF PRESIDENT AND VICE-PRESIDENT OF THE UNITED STATES SHALL BE ACCEPTED FOR FILING UNLESS THERE IS SUBMITTED TO THE SECRETARY OF STATE, AT THE TIME OF FILING THE PETITION, PRESIDENTIAL ELECTORS SUFFICIENT IN NUMBER TO SATISFY THE REQUIREMENTS OF THE UNITED STATES CONSTITUTION."

Below is a list of electors pledged to the candidates herein before described:

| Signature | Voting Residence Street Number and Address | City, Village, or Township | Zip Code | County | Date of Signing |
|---|---|---|---|---|---|
| 1. Deborah Manerer Smith | 5611 Dennison Rd | Toledo | 43615 | Lucas | 7-4-24 |
| 2. Anita Rios | 2626 Robinwood | Tol. | 43610 | Lucas | 7-5-2024 |
| 3. Robert D Herman | 2626 Robinwood | Tol | 43610 | Lucas | 7-5-2024 |
| 4. Michele Lane | 1324 Burdette ave | Cincinnati | 45206 | Hamilton | 7/6/24 |
| 5. Nathan Lane | 1324 Burdette Ave. | Cincinnati | 45206 | Hamilton | 7/6/24 |
| 6. Dorsey R Steffian | 5348 S. Ridge Dr | Cincinnati | 45224 | Hamilton | 7-6-2024 |
| 7. Samuel Richards | 1082 Fair Ave | Columbus | 43205 | Franklin | 7-6-2024 |
| 8. | 150 Northview Dr ETNA | ETNA | 43068 | Licking | 7-6-24 |
| 9. Carolyn Harris | 169 E Arcadia Ave APT 4 | Columbus | 43202 | Franklin | 7-6-24 |
| 10. Connie Cardell Newton | 1082 Fair Ave | Columbus | 43205 | Franklin | 7-6-24 |
| 11. Cynthia A. Matthews | 3655 Turret Green Dr. | Toledo | 43607 | Lucas | 7-7-24 |
| 12. Amjad Doun | 1936 N. Cove Blvd. | TOLEDO | 43606 | Lucas | 7-7-24 |
| 13. AARON BIRR | 5312 Tulane Ave | Toledo | 43611 | Lucas | 7-7-24 |
| 14. Margaret Rios | 2702 Collefe Dr | Toledo | 43617 | Lucas | 7-7-24 |
| 15. Colleen Farley | 1390 Mount Vernon Ave | Columbus | 43203 | Franklin | 7-8-24 |
| 16. Robert Farley | 1390 Mount Vernon | Columbus | 43203 | Franklin | 7-8-24 |
| 17. Rebecca Allison | 2626 Dover Rd | Columbus | 43209 | Franklin | 7/9/24 |
| 18. | | | | | |

Dated this 29th day of November , 2023 .
　　　　　Day　　　Month　　　Year

_Jill Stein_
**Signature of Candidate for President or Authorized Representative**

_Anita Rios_
**Signature of Candidate for Vice President or Authorized Representative**

**WHOEVER COMMITS ELECTION FALSIFICATION IS GUILTY OF A FELONY OF THE FIFTH DEGREE**

SECRETARY OF STATE ELECTIONS 2024 JUN -9 AM 10: 12

# Exhibit C



**Frank LaRose**
*Ohio Secretary of State*

***Via Electronic Mail***

August 22, 2024

Rich Lass
PO Box 4359
Fall River, MA 02723

Dear Mr. Lass,

On July 9, 2024, you filed petitions nominating Jill Stein and Anita Rios to appear on the November 5, 2024 General Election Ballot as joint independent candidates for President and Vice President of the United States. This letter serves confirmation that, based on the county boards of elections' review of the signatures you submitted on the nominating petition, Ms. Stein and Ms. Rios successfully met the minimum number of signatures required and will be placed on the November 5, 2024 General Election ballot.

If you have any questions, please do not hesitate to contact us at (614) 466-2585.

Sincerely,

Chris Burnett
Director of Elections

Exhibit C, Page 1 of 1

# Exhibit D



**Frank LaRose**
*Ohio Secretary of State*

## DIRECTIVE 2024-20

August 27, 2024

To:    All County Boards of Elections
        Board Members, Directors, and Deputy Directors

Re:    Ballots for November 5, 2024, General Election

## <u>SUMMARY</u>

This directive provides the certified forms of the official ballots to be used in the November 5, 2024, general election.

## <u>INSTRUCTIONS</u>

Please note that, in lieu of issuing a separate directive with specific details covering ballot layout, proofing, and quantities, the Secretary of State's office is issuing only this directive, which must be used in conjunction with <u>Chapter 5 (Ballots)</u> of the Election Official Manual (EOM) when preparing ballots for this election. <u>Chapter 5</u> of the EOM provides specific instructions on the following subjects:

- Ballot format
- Voter instructions
- Ballot stubs
- Candidate ballots (names, restrictions, political party, rotation, etc.)
- Questions and issues ballots
- Ballot proofs
- Overlaps
- Bid requirements
- Ballot quantities
- Logic and accuracy testing
- Public testing

## I.    VERIFYING DISTRICT RELATIONSHIPS

Before programming any aspect of the central tabulating system for the November 5, 2024, general election, boards of elections must verify the accuracy of district

877.767.6446 | info@OhioSoS.gov | OhioSoS.gov
*printed in-house*

relationships in the central tabulating system against the county's voter registration system. This is to ensure that each voter receives the correct ballot style (that is, the correct combination of candidate offices and issues) based upon that voter's residential address.

As a part of the review for accuracy of district relationships between the county's voter registration system and its tabulating system, the board must ensure the following by September 13, 2024:

A. The Secretary of State's precinct codes (three alphabet letters) are accurate in the tabulating system and, if appropriate, the county's voter registration system; and
B. The precinct names correspond between the two systems.

**Note:** It is imperative that a board of elections upload to the statewide voter registration database (SWVRD) any changes to district relationships (including wards and precincts) that have been made locally in the county's voter registration system (VRS). Using the report provided by Allison Scott on Wednesday, September 4, 2024, each board must review the report to ensure that all Secretary of State Precinct ID Codes provided on the report match the board's voter registration system. Boards will have until Friday, September 13, 2024, to return the reviewed report noting any changes. In addition, the board must verify at least one voter record for each precinct in the SWVRD against the county's VRS to ensure accuracy.

## II.    OFFICIAL BALLOT FORMS

The certified ballot form accompanying this directive is for offices to be elected at the November 5, 2024, general election. The ballot form contains the correct title for each office as that title should appear on your county's ballot and the order in which offices must appear on the ballot for all voting systems. The ballot form also contains the name of each statewide candidate exactly as the candidate's name must appear on all ballots for all voting systems.

The names of all candidates, who have not withdrawn pursuant to R.C. 3513.30, must be arranged, rotated, and printed upon the ballot in accordance with the provisions of Ohio Revised Code Chapters 3505, 3506, and 3513 and Chapter 5 of the EOM.

## III.    ORDER OF OFFICES FOR ALL BALLOTS[1]

### A.      Order of Offices

The order of offices for ballots shall be as follows:

- o  President and Vice President
- o  Justices of the Supreme Court
- o  U.S. Senator
- o  Representative to Congress
- o  State Senator
- o  State Representative
- o  Judge of Court of Appeals
- o  County Commissioners
- o  County Auditor (if a vacancy occurred that requires an unexpired term election)
- o  Prosecuting Attorney
- o  Clerk of the Court of Common Pleas
- o  Sheriff
- o  County Recorder
- o  County Treasurer
- o  County Engineer
- o  Coroner
- o  State Board of Education
- o  Judge of Court of Common Pleas
- o  Judge of the County Court

### B.      Write-In Vote Blank Spaces[2]

A write-in space must be provided on the ballot for every office for which the board of elections or Secretary of State received a valid declaration of intent to be a write-in candidate. The Secretary of State will certify the names of valid write-in candidates for President and Vice President, Justice of the Supreme Court, or U.S. Senator who filed with the Secretary of State's office after the August 26, 2024, filing deadline.

---

[1] R.C. 3505.03
[2] R.C. 3513.041

## IV.   OFFICIAL QUESTIONS AND ISSUES BALLOT

Offices for which candidates may be nominated or elected are presented on the ballot first, followed by the questions and issues. The Official Questions and Issues Ballot must be used for all voting systems. The ballot form contains the exact ballot language that must be used for the statewide issue on the ballot.  Please note that the ballot language for State Issue 1 is currently subject to litigation.  Should the ballot language for State Issue 1 change, a new certified form of the ballot would be issued as soon as possible.

The attached ballot form contains examples of some of the local questions and issues that may appear on the ballot in your county. Not every category or type of question/issue will appear on every ballot in every county, so please apply as much of the form as is appropriate to the ballots in your county.

Additional instructions on headings, ballot language, and percentage of votes can be found in Chapter 5 of the EOM.

Questions and issues must be grouped together in the following political subdivision order for elections held in 2024.[3]

    A.  State
    B.  Municipal
    C.  Township
    D.  Schools and Other Districts
    E.  County

Each board of elections may determine the specific order in which the questions/issues within each group are placed on the ballot in that county; however, a board should adopt a method for doing so (for example, ordered alphabetically or by date filed, etc.). Absentee ballots must contain identical ordering of issues within groups to regular ballots.

Please review the appropriate sections of the Ohio Revised Code, local charter (if applicable), and the Questions and Issues Handbook for ballot language and formats that are not on the attached Official Questions and Issues Ballot.

---

[3] Question and Issues Handbook, P. 9, "Rotation of Questions/Issues on the Ballot"; R.C. 3505.06(B).

## V.    ABSENTEE BALLOTS[4]

Each board of elections must have absentee ballots printed and ready for use by Friday, September 20, 2024, (46 days before the November 5, 2024, general election) for Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) voters and by October 8, 2024, for regular (non-UOCAVA) absentee voters.

A copy of each absentee ballot (candidates and questions and issues) must be sent to the Secretary of State's office at least 47 days before the election, by Thursday, September 19, 2024. Absentee ballots must be uploaded to the BOE SharePoint site.

## VI.   CANDIDATES CERTIFIED BY THE SECRETARY OF STATE

### C.    For President and Vice President

**Nonparty candidate**
- For President
  Richard Duncan
- For Vice President
  Mitchell Preston Bupp

**Democratic Party**
- For President
  Kamala D. Harris
- For Vice President
  Tim Walz

**Libertarian Party**
- For President
  Chase Oliver
- For Vice President
  Mike ter Maat

**Other-party candidate**
- For President
  Peter Sonski
- For Vice President
  Lauren Onak

---

[4] R.C. 3509.01; R.C. 3511.04.

**Other-party candidate**
- For President
  Jill Stein
- For Vice President
  Anita Rios

**Republican Party**
- For President
  Donald J. Trump
- For Vice President
  JD Vance

## D. Justice of the Supreme Court (Full term commencing 1/1/2025)

**Democratic Party**
- Michael P. Donnelly

**Republican Party**
- Megan E. Shanahan

## E. Justice of the Supreme Court (Full term commencing 1/2/2025)

**Republican Party**
- Joseph T. Deters

**Democratic Party**
- Melody J. Stewart

## F. Justice of the Supreme Court (Unexpired term ending 12/31/2026)

**Democratic Party**
- Lisa Forbes

**Republican Party**
- Daniel R. Hawkins

### G.      U.S. Senator

**Democratic Party**
- Sherrod Brown

**Libertarian Party**
- Donald Kissick

**Republican Party**
- Bernie Moreno

## VII.   <u>CANDIDATES FOR OTHER DISTRICT OFFICE (for example, Congress, Court of Appeals Judge, State Senate, and State Representative)</u>

Candidates for other district offices must be certified to the appropriate board(s) of elections by the most-populous county board of elections of the district. A less-populous county of a district that has not received a list of candidates from the most populous county must contact that most populous county before programming ballots.

If you have any questions regarding this directive or Chapter 5 of the EOM, please contact the Secretary of State's elections counsel at 614-728-8789.


Yours in service,

Frank LaRose
Ohio Secretary of State

# Exhibit E



**Frank LaRose**
*Ohio Secretary of State*

## DIRECTIVE 2024-25

September 18, 2024

To:     All County Boards of Elections
        Board Members, Directors, and Deputy Directors

Re:     Revised Form of the Ballot for the November 5, 2024 General Election


## SUMMARY

On September 16, 2024, the Supreme Court of Ohio issued its decision in *State ex rel. Citizens Not Politicians v. Ohio Ballot Bd.,* Slip Opinion No. 2024-Ohio-4547, regarding the summary ballot language for State Issue 1.  The Court upheld the overwhelming majority of the summary ballot language approved by the Ballot Board.  However, the Court did order the Ballot Board to revise two sections of the State Issue 1 summary ballot language for use in the November 5, 2024, general election. Pursuant to the Court's order, the Ballot Board met on September 18, 2024, to adopt the revised language.

This directive replaces the certified form of the official ballot attached to Directive 2024-23, and the revised language **must** be used in the November 5, 2024, general election. In all other aspects, Sections I through VII of Directive 2024-23 remain in effect. The attached Official General Election Ballot form must be used for all voting systems to present voters with the statewide issue.

The attached Official General Election Ballot form contains the exact ballot language to use for State Issue 1.  Additional instructions on headings, ballot language, and percentage of votes are found in Chapter 5 of the Election Official Manual.

As a reminder, this directive must be used alongside Chapter 5 of the Election Official Manual and Directive 2024-09 when preparing ballots for this election. Chapter 5 provides specific instructions on the following relevant subjects:

- Ballot format;
- Voter instructions;

- Ballot stubs;
- Questions and issues ballot;
- Ballot proofs;
- Bid requirements;
- Ballot quantities;
- Logic and accuracy testing;
- Public test.

## INSTRUCTIONS

### Reprogramming of the Election Management System

The boards of elections must reprogram their election management system to incorporate the revised ballot language for State Issue 1. Once these updates are performed, all logic and accuracy testing must be performed on all voting equipment utilized for the November 5, 2024, general election.

Please note that Secretary of State Export ID Codes transmitted to the counties through SharePoint on Friday, August 30, 2024 are still accurate codes.

### Updating the Ballot Language for State Issue 1

The boards of elections must revise the ballot language for State Issue 1 to align with the official sample ballot. This includes, but is not limited to, updating the boards':

- ☐ Official ballot;
- ☐ Sample ballot;
- ☐ Remote ballot marking system;
- ☐ Website (including the 46-day Federal Write-In Absentee Ballot (FWAB) notice).

If you have any questions regarding this directive, please contact the Secretary of State's elections counsel at (614)728-8789.

Yours in service,

Frank LaRose
Ohio Secretary of State

# OFFICIAL GENERAL ELECTION BALLOT

| A | _____ County | B | General Election | C | November 5, 2024 |
|---|---|---|---|---|---|

## Instructions to Voter

- **To vote:** completely darken the oval ( ⬤ ) to the left of your choice.

- Note the permitted number of choices directly below the title of each candidate office. Do not mark the ballot for more choices than allowed.

- If you mark the ballot for more choices than permitted, that contest or question will not be counted.

- **To vote for a write-in candidate:** completely darken the oval ( ⬤ ) to the left of the blank line and write in the candidate's name. Only votes cast for candidates who filed as write-in candidates can be counted.

- Do not write in a candidate's name if that person's name already is printed on the ballot for that same contest.

- **If you make a mistake or want to change your vote:** return your ballot to an election official and get a new ballot. You may ask for a new ballot up to two times.

### For President and Vice President
**(Vote for not more than 1 pair)**

A vote for any candidates for President and Vice President shall be a vote for the electors of those candidates whose names have been certified to the Secretary of State.

○ For President
**Richard Duncan**
For Vice President
**Mitchell Preston Bupp**
Nonparty candidate

○ For President
**Kamala D. Harris**
For Vice President
**Tim Walz**
Democratic

○ For President
**Chase Oliver**
For Vice President
**Mike ter Maat**
Libertarian

○ For President
**Peter Sonski**
For Vice President
**Lauren Onak**
Other-party candidate

○ For President
**Jill Stein**
For Vice President
**Anita Rios**
Other-party candidate

○ For President
**Donald J. Trump**
For Vice President
**JD Vance**
Republican

○ For President
_____
Write-in
For Vice President
_____
Write-in

### For Justice of the Supreme Court
**(Full term commencing 1-1-2025)**
**(Vote for not more than 1)**

○ **Michael P. Donnelly**
Democratic

○ **Megan E. Shanahan**
Republican

### For Justice of the Supreme Court
**(Full term commencing 1-2-2025)**
**(Vote for not more than 1)**

○ **Joseph T. Deters**
Republican

○ **Melody J. Stewart**
Democratic

### For Justice of the Supreme Court
**(Unexpired term ending 12-31-2026)**
**(Vote for not more than 1)**

○ **Lisa Forbes**
Democratic

○ **Daniel R. Hawkins**
Republican

### For U.S. Senator
**(Vote for not more than 1)**

○ **Sherrod Brown**
Democratic

○ **Don Kissick**
Libertarian

○ **Bernie Moreno**
Republican

○ _____
Write-in

### For Representative to Congress
**(_____ District)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

Page 1 of 4

| A | 001 _____ TWP A | B | 0001:1 | C | 001 |
|---|---|---|---|---|---|

This **SAMPLE** ballot provides the **CORRECT TITLES** and **ORDER OF OFFICES** for ballot layout for candidates for the November 2024 General Election. The space for a write-in candidate should be provided only if applicable. See ballot directive and Chapter 5 (Ballots) in the Election Official Manual.

09/18/2024

Exhibit E, Page 3 of 6

## OFFICIAL GENERAL ELECTION BALLOT

| D | _____ County | E | General Election | F | November 5, 2024 |
|---|---|---|---|---|---|

**For State Senator**
**(_____ District)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For State Representative**
**(_____ District)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Judge of the**
**Court of Appeals**
**(_____ District)**
**(Full term commencing xx-xx-20xx)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Commissioner**
**(Full term commencing 1-2-2025)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Commissioner**
**(Full term commencing 1-3-2025)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Auditor**
**(if a vacancy occurred that requires an unexpired term election)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Prosecuting Attorney**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Clerk of the**
**Court of Common Pleas**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Sheriff**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Recorder**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Treasurer**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For County Engineer**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Coroner**
**(Vote for not more than 1)**

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

○ **Print Candidate Name**
(Insert party affiliation or ballot designation, if any)

**For Member of State Board**
**of Education**
**(_____ District)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
○ **Print Candidate Name**

**For Judge of the Court of**
**Common Pleas**
**(Full term commencing xx-xx-20xx)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
○ **Print Candidate Name**

**For Judge of the County Court**
**(Full terms in order of date commencing)**
**(Vote for not more than 1)**

○ **Print Candidate Name**
○ **Print Candidate Name**

Page 2 of 4

| D | 001 _____ TWP A | E | 0001:1 | F | 001 |
|---|---|---|---|---|---|

This **SAMPLE** ballot provides the **CORRECT TITLES** and **ORDER OF OFFICES** for ballot layout for candidates for the November 2024 General Election. The space for a write-in candidate should be provided only if applicable. See ballot directive and Chapter 5 (Ballots) in the Election Official Manual.

09/18/2024

Exhibit E, Page 4 of 6

## OFFICIAL GENERAL ELECTION BALLOT

| G | _____ County | H | General Election | I | November 5, 2024 |
|---|---|---|---|---|---|

### Issue 1

**To create an appointed redistricting commission not elected by or subject to removal by the voters of the state**

**Proposed Constitutional Amendment**

**Proposed by Initiative Petition**

**To repeal Sections 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 of Article XI, Repeal sections 1, 2 and 3 of Article XIX, And enact Sections 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 of Article XX of the Constitution of the State of Ohio**

**A majority yes vote is necessary for the amendment to pass.**

The proposed amendment would:

1. Repeal constitutional protections against gerrymandering approved by nearly three-quarters of Ohio electors participating in the statewide elections of 2015 and 2018, and eliminate the longstanding ability of Ohio citizens to hold their representatives accountable for establishing fair state legislative and congressional districts.

2. Establish a new taxpayer-funded commission of appointees required to gerrymander the boundaries of state legislative and congressional districts to favor either of the two largest political parties in the state of Ohio, according to a formula based on partisan outcomes as the dominant factor, so that:

   A. Each district shall contain single-member districts that are geographically contiguous, but state legislative and congressional districts will no longer be required to be compact; and

   B. Counties, townships and cities throughout Ohio can be split and divided across multiple districts, and preserving communities of interest will be secondary to the formula that is based on partisan political outcomes.

3. Require that a majority of the partisan commission members belong to the state's two largest political parties.

4. Prevent a commission member from being removed, except by a vote of their fellow commission members, even for incapacity, willful neglect of duty or gross misconduct.

5. Prohibit any citizen from filing a lawsuit challenging a redistricting plan in any court, except if the lawsuit challenges the proportionality standard applied by the commission, requirements pertaining to an incumbent elected official's residence, or the expiration of certain senators' terms, and then only before the Ohio Supreme Court.

6. Create the following process for appointing commission members: Four partisan appointees on the Ohio Ballot Board will choose a panel of 4 partisan retired judges (2 affiliated with the first major political party and 2 affiliated with the second major political party). Provide that the 4 legislative appointees of the Ohio Ballot Board would be responsible for appointing the panel members as follows: the Ballot Board legislative appointees affiliated with the same major political party would select 8 applicants and present those to the Ballot Board legislative appointees affiliated with the other major political party, who would then select 2 persons from the 8 for appointment to the panel, resulting in 4 panel appointees. The panel would then hire a private professional search firm to help them choose 6 of the 15 individuals on the commission. The panel will choose those 6 individuals by initially creating a pool of 90 individuals (30 from the first major political party, 30 from the second major political party, and 30 from neither the first nor second major political parties). The panel of 4 partisan retired judges will create a portal for public comment on the applicants and will conduct and publicly broadcast interviews with each applicant in the pool. The panel will then narrow the pool of 90 individuals down to 45 (15 from the first major political party; 15 from the second major political party; and 15 from neither the first nor second major political parties). Randomly, by draw, the 4 partisan retired judges will then blindly select 6 names out of the pool of 45 to be members of the commission (2 from the first major political party; 2 from the second major political party; and 2 from neither the first nor second major political parties). The 6 randomly drawn individuals will then review the applications of the remaining 39 individuals not randomly drawn and select the final 9 individuals to serve with them on the commission, the majority of which shall be from the first and the second major political parties (3 from the first major political

party, 3 from the second major political party, and 3 from neither the first nor second major political parties).

7. Require the affirmative votes of 9 of 15 members of the appointed commission to create legislative and congressional districts. If the commission is not able to determine a plan by September 19, 2025, or July 15 of every year ending in one, the following impasse procedure will be used: for any plan at an impasse, each commissioner shall have 3 days to submit no more than one proposed redistricting plan to be subject to a commission vote through a ranked-choice selection process, with the goal of having a majority of the commission members rank one of those plans first. If a majority cannot be obtained, the plan with the highest number of points in the ranked-choice process is eliminated, and the process is repeated until a plan receives a majority of first-place rankings. If the ranked-choice process ends in a tie for the highest point total, the tie shall be broken through a random process.

8. Limit the right of Ohio citizens to freely express their opinions to members of the commission or to commission staff regarding the redistricting process or proposed redistricting plans, other than through designated meetings, hearings and an online public portal, and would forbid communication with the commission members and staff outside of those contexts.

9. Require the commission to immediately create new legislative and congressional districts in 2025 to replace the most recent districts adopted by the citizens of Ohio through their elected representatives.

10. Impose new taxpayer-funded costs on the State of Ohio to pay the commission members, the commission staff and appointed special masters, professionals, and private consultants that the commission is required to hire; and an unlimited amount for legal expenses incurred by the commission in any related litigation.

If approved, the amendment will be effective 30 days after the election.

### SHALL THE AMENDMENT BE APPROVED?

○ YES

○ NO

Page 3 of 4

| G | 001 _____ TWP A | H | 0001:1 | I | 001 |
|---|---|---|---|---|---|

This **SAMPLE** ballot provides the **CORRECT TITLES** and **ORDER OF OFFICES** for ballot layout for candidates for the November 2024 General Election. The space for a write-in candidate should be provided only if applicable. See ballot directive and Chapter 5 (Ballots) in the Election Official Manual.

## OFFICIAL GENERAL ELECTION BALLOT

| J | _____ County | K | General Election | L | November 5, 2024 |
|---|---|---|---|---|---|

### Proposed Municipal Income Tax

_____
(name of subdivision)

**A majority affirmative vote is necessary for passage.**

Shall the Ordinance providing for a _____ per cent levy on income for _____
_____
(brief description of purpose of the levy)
be passed?

◯ **For the Income Tax**

◯ **Against the Income Tax**

### Proposed Tax Levy (Additional)

_____
(name of subdivision or public library)

**A majority affirmative vote is necessary for passage.**

An additional tax for the benefit of _____
(name of subdivision or public library)
for the purpose of _____ that the county auditor estimates will collect $_____ annually, at a rate not exceeding _____ mills for each $1 of taxable value, which amounts to $_____
(rate expressed in dollars)
for each $100,000 of the county auditor's appraised value, for _____
(life of indebtedness, number of years levy to run, or a continuing period of time)
commencing in _____,
(first year tax to be levied)
first due in calendar year _____
(first calendar year tax due)

◯ **For the Tax Levy**

◯ **Against the Tax Levy**

### Local Liquor Option (By Petition)

**A majority affirmative vote is necessary for passage.**

Shall the sale of _____
(**insert** beer, wine and mixed beverages, or spirituous liquor)
be permitted by_____
(**insert** name of applicant, liquor permit holder, or liquor agency store, including trade or fictitious name under which applicant for, or holder of, liquor permit or liquor agency store either intends to do, or does, business at the particular location),
a(n) _____
(**insert** "applicant for" or "holder of" or "operator of")
a _____
(**insert** class name of liquor permit or permits followed by the words "liquor permit(s)" or, if appropriate, the words "liquor agency store for the State of Ohio"),
who is engaged in the business of _____
(**insert** general nature of the business in which applicant or liquor permit holder is engaged or will be engaged in at the particular location, as described in the petition)
at _____
(**insert** address of the particular location within the precinct as set forth in the petition)
in this precinct?

Shall the sale of _____
(**insert** beer, wine and mixed beverages, or spirituous liquor)
be permitted for sale on Sunday by_____
(**insert** name of applicant, liquor permit holder, or liquor agency store, including trade or fictitious name under which applicant for, or holder of, liquor permit or liquor agency store either intends to do, or does, business at the particular location),
a(n) _____
(**insert** "applicant for a D-6 liquor permit," "holder of a D-6 liquor permit," "applicant for or holder of an A-1-A, A-2, A-2f, A-3A, C-1, C-2X, D-1, D-2x, D-3, D-3x, D-4, D-5, D-5b, D-5c, D-5e, D-5f, D-5g, D-5h, D-5i, D-5j, D-5k, D-5l, D-5m, D-5n, D-5o, or D-7 liquor permit," if only the approval of beer sales is sought, or "liquor agency store")
who is engaged in the business of _____
(**insert** general nature of the business in which applicant or liquor permit holder is engaged or will be engaged in at the particular location, as described in the petition)
at _____
(**insert** address of the particular location within the precinct)
in this precinct?

◯ **YES**

◯ **NO**

### Insert board member signatures

Page 4 of 4

| J | 001 _____ TWP A | K | 0001:1 | L | 001 |
|---|---|---|---|---|---|

This **SAMPLE** ballot provides the **CORRECT TITLES** and **ORDER OF OFFICES** for ballot layout for candidates for the November 2024 General Election. The space for a write-in candidate should be provided only if applicable. See ballot directive and Chapter 5 (Ballots) in the Election Official Manual.

# Exhibit F

8/28/2024

Ohio Secretary of State
180 Civic Center Dr.
Columbus, Ohio 43215

Board of Elections Address
1700 Morse Rd,
Columbus, OH 43229

Dear [Secretary of State or Board of Elections],

I, Anita Rios, hereby withdraw my name as a placeholder candidate for Vice President of the United States on the nominating petition in Ohio for the 2024 presidential election. I was never officially nominated by the Green Party of the United States, and Jill Stein has since chosen Dr. Butch Ware as her running mate.

I request that my name be removed from any relevant documents and replaced with Dr. Butch Ware, the officially nominated Vice Presidential candidate.

Thank you for your prompt attention to this matter.

Sincerely,


Anita Rios


**Signature of Candidate**


References:
Section 5-11 Nominating a Vice Presidential Candidate
https://gpus.org/convention-rules/#05-11

Nominated Vice Presidential Candidate
https://www.jillstein2024.com/meet_butch

# Exhibit G



❧ People ❧ Planet ❧ Principles

Ohio Green Party
http://ohiogreens.org

Philena Farley

webmaster@ohiogreens.org
614-859-9147

National Committee - Delegate

# Exhibit H

| | |
|---|---|
| **From:** | Huffman, Sarah |
| **To:** | "deputyballot@jillstein2024.com" |
| **Subject:** | Stein Campaign Questions |
| **Attachments:** | image001.png |

Dear Ms. Turner,

I understand you contacted Sally Warren with questions about withdrawing and replacing the Ms. Stein's vice presidential candidate for the November 5, 2024 election. Chapter 14 of our Election Official Manual address the process and applicable statutes that answer your questions regarding deadlines and documentation needed. The information is available on our website: dir2023-34-ch14.pdf (state.oh.us). The issue here is the vice presidential candidate's withdrawal letter was delivered to our office August 28. The deadline for withdrawing and not appearing on the ballot was August 27. See R.C. 3513.30(E). Furthermore, the deadline to replace a candidate was August 12. See 3513.31; 2024 Elections Calendar - Ohio Secretary of State (ohiosos.gov).

At this time, we are reviewing this matter in light of the foregoing statutes and deadlines and will advise as soon as we've fully evaluated. Please let me know if you have questions.

Regards,



**Sarah Huffman | Deputy Chief Legal** – **Elections**
Office of the Ohio Secretary of State

**O:** 614.696.8762
OhioSoS.gov

This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.

# Exhibit I



**_Via Electronic Mail_**

September 19, 2024

Rich Lass
PO Box 4359
Fall River, MA 02723

Dear Mr. Lass,

On August 28, 2024, the Ohio Secretary of State's office received written notice that Anita Rios withdrew as the vice presidential candidate for Jill Stein. Please be advised that the deadline for a candidate to withdraw and NOT appear on the November 5, 2024 general election ballot was August 27, 2024. See R.C. 3513.30(E).

Additionally, to date, we have not received the required documentation for a replacement candidate. Nevertheless, the deadline to fill a vacancy on the ballot was August 12, 2024. See R.C. 3513.31(F); R.C. 1.14. Presidential and vice presidential candidates must file jointly with this office. See 2024 Ohio Presidential Guide; R.C. 3513.257. Absent a valid vice presidential candidate, Ms. Stein no longer qualifies to receive votes for president in the State of Ohio.

Because the deadline passed for the Stein/Rios joint candidacy to be removed from the ballot, Ms. Stein and Ms. Rios will remain on the ballot. However, the Secretary of State's office is required by R.C. 3513.30(E) to notify all boards that votes cast for the Stein/Rios ticket will be void and not counted.

Please contact us at (614) 466-2585 if you have questions.

Regards,

Chris Burnett

Director of Elections

Exhibit I, Page 1 of 1

# Exhibit J

| | |
|---|---|
| **From:** | Burton, Luke |
| **Subject:** | Notice of Withdrawal - Vice-Presidential Candidate Anita Rios |
| **Date:** | Thursday, September 19, 2024 4:27:42 PM |
| **Attachments:** | image001.png |

Board Members, Directors, and Deputy Directors

Our office received a letter of withdrawal from Anita Rios as the vice-presidential candidate for the Stein/Rios campaign on August 28.

The 70-day deadline to remove a candidate's name from the ballot passed pursuant to R.C. 3513.30 prior to the date the withdrawal was submitted to this office. Therefore, the names of Jill Stein and Anita Rios are required remain on the ballot. Additionally, to date, this office has not received certification of a candidate to fill the vice-president vacancy. Nevertheless, the deadline to do so was 86 days before the election pursuant to R.C. 3513.31(F).

Pursuant to R.C. 3513.30(E), each board must provide notice that votes for Stein/Rios will not be counted. Please note that such notice must be provided with any absentee ballot provided, including all UOCAVA ballots.

For the purposes of Election Night Reporting, the SOS ID Code for this candidate will remain in the board's Election Management System.

For questions about this requirement, please contact the elections division at 1-614-466-2585.

 **Luke Burton | Senior Elections Administrator and Deputy Director of Elections**
Office of the Ohio Secretary of State

**O:** 614.466.4509
OhioSoS.gov

This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.

# Exhibit K

# WITHDRAWAL NOTICE

### The following candidates have withdrawn. Any votes cast for the candidates listed below will not be counted.

General Election – November 5, 2024

## For the Office of President and Vice President
### Jill Stein / Anita Rios

Votes cast for the Jill Stein/Anita Rios ticket will not be counted.

# Exhibit L

# Siri | Glimstad

NEW YORK  |  MIAMI  |  LOS ANGELES  |  PHOENIX
DETROIT  |  AUSTIN  |  WASHINGTON D.C.

745 Fifth Ave, Suite 500, New York, NY 10151
sirillp.com   |   P: (212) 532-1091   |   F: (646) 417-5967

**VIA FEDERAL EXPRESS, FAX, AND EMAIL**                 August 23, 2024

Frank LaRose
Ohio Secretary of State
180 S. Civic Center Dr.
Columbus, OH 43215
Fax: 614-728-9408
shuffman@ohiosos.gov.

      Re:    *Robert F. Kennedy, Jr. Withdrawal from Presidential Campaign*

Dear Secretary LaRose:

      I write on behalf of Robert F. Kennedy, Jr. to notify you that Mr. Kennedy is withdrawing from the 2024 general election and, therefore, his name should not appear on the ballot as a presidential candidate. Please find attached Mr. Kennedy's withdrawal statement (pursuant to Ohio Rev. Code §§ 3513.30(B), (D)).

      If you have any questions or need any additional information, kindly contact me as soon as practicable. Otherwise, please confirm receipt of Mr. Kennedy's withdrawal via email at ebrehm@sirillp.com.

                    Very truly yours,

                    *Elizabeth A. Brehm*
                    Elizabeth A. Brehm, Esq.
                    Main: 888-747-4529
                    Direct: 929-220-2758
                    ebrehm@sirilp.com

Enc.

## CERTIFICATE OF WITHDRAWAL

I, Robert F. Kennedy, Jr., a candidate for the office of President of the United States, hereby withdraw my candidacy from the 2024 United States Presidential Election, and I hereby formally request that my name not be printed on the ballot. This election is being conducted by the State of Ohio and is to be held on November 5, 2024.

Robert F. Kennedy, Jr.