IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DR. JILL STEIN, et al., | : | |
| Plaintiffs, | : | Case No. 24-cv-4042 |
| v. | : | Judge Michael H. Watson |
| FRANK LaROSE, | : | Mag. Judge Chelsey M. Vascura |
| Defendants. | : | |

## DECLARATION OF HUN YI

I, Hun Yi, hereby state that I am over the age of eighteen years and am competent to testify to the following on the basis of personal, firsthand knowledge:

1. I currently serve as the Director of Investigations in the Public Integrity Unit of the Office of Ohio Secretary of State Frank LaRose. I have served in this position since July 2024. Before I was hired by the Secretary of State's Office, I served in various roles at the Federal Bureau of Investigation for 20 years.

2. As part of my duties as Director of Investigations, I am responsible for receiving and investigating complaints of election fraud and election irregularities. Our Office receives complaints through an online complaint form, through email, and through referrals from other agencies. When conducting an investigation into potential election fraud or election irregularities, I review complaints, interview complainants and other parties with relevant information, review documents submitted by the complainant, and obtain additional documents from witnesses, the boards of elections, and the Secretary's own records. If there is evidence that a crime has been committed, the Public Integrity Unit will refer the matter for prosecution.

3. On September 26, I was assigned to investigate an allegation made by Jason Call, a campaign manager for Jill Stein. The day before, Mr. Call left a voicemail with our Office alleging that the August 28 withdrawal letter submitted by Anita Rios was not signed, submitted, or authorized by Ms. Rios or the Stein campaign.

4. I began my investigation the same day. I telephoned Mr. Call, Ms. Rios, and Philena Farley, the individual who submitted the August 28 withdrawal letter on behalf of Ms. Rios.

5. Ms. Farley informed me that she wrote the August 28 withdrawal letter and affixed Ms. Rios's name to it. Ms. Farley informed me that Ms. Rios called her while she was in the lobby of the Secretary of State's office to submit the withdrawal letter, and they spoke on the phone during her visit. After submitting the paperwork, Ms. Farley texted Ms. Rios to confirm it was done, and Rios replied, "ok thanks."

6. Ms. Rios informed me that she did not authorize Ms. Farley to sign or submit the August 28 letter on her behalf. I requested that Ms. Rios provide a written statement attesting to these facts, including whether Ms. Rios had knowledge of the August 28 letter before it was submitted and whether Ms. Rios authorized Ms. Farley to submit the letter on her behalf. Ms. Rios asked me whether her statement should be notarized. In my experience as an investigator, notarized statements are more helpful in criminal investigations than unsworn statements. If the Secretary's Office refers a suspected election crime to a prosecutor, it is helpful to provide the prosecutor with sworn statements from victims and witnesses. Accordingly, I informed Ms. Rios that a notarized statement would be preferred.

7. As a result of our conversations on September 26, Ms. Rios and Ms. Farley submitted various documents to me.

8. Ms. Farley submitted a timeline of events leading up to the August 28 withdrawal letter comprised of text messages, interoffice messages, emails, and screenshots. A true and correct copy of the timeline document Ms. Farley sent to me is attached hereto as Exhibit A.

9. Ms. Rios submitted two signed—but unsworn—statements. On October 1, I received a signed statement from Ms. Rios dated September 27 stating that she did not give prior authorization "to anyone to present for filing a letter to the Ohio Secretary of State asking that [her] name be removed from the ballot." A true and correct copy of this statement is attached hereto as Exhibit B. The day I received the statement, I advised Ms. Rios that her statement was not properly notarized because it did not bear a notary stamp. A true and correct copy of my email is attached hereto as Exhibit C. I received a second statement from Ms. Rios on October 4. This statement provided that Ms. Rios did not give "prior authorization to anyone to present for filing a letter to the Ohio Secretary of State asking that [her] name be removed from the ballot." A true and correct copy of this statement is attached hereto as Exhibit D.

10. As of the date of this declaration, our investigation into this matter is ongoing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Hun Yi
Director of Investigations
Office of the Ohio Secretary of State

Executed on Oct. 18, 2024.

# Exhibit A

# Timeline

Thursday, September 26, 2024   3:24 PM



discussions revolving around the specific requirements and implications of the 70th day before the election, as well as the potential consequences of missing the deadline for the campaign.
* Ballot access and deadlines

### Ballot Access Challenges and Campaign Updates
Anita Rios expresses concern over the lack of detailed information about the Ohio ballot and suggests obtaining it from the Secretary of State. Gwen Marshall praises Jill Stein's webpage but raises concerns about in-kind contributions. Philena Farley recounts the incident of sabotage in Indiana, where a non-citizen was included on a petition, leading to its invalidation. Anita Rios attributes the issues in Indiana to lack of experience and internal party shake ups.

### Hot Times Festival and Banner Planning
Anita Rios and others discussed the Hot Times Festival, volunteering needs, and banner planning. They also mentioned printing yard signs, obtaining literature from the campaign website, and the status of the festival application. Becca C expressed concern about the application not being approved yet and requested a report back from Philena on expenses for the DNC events.
* Hot Times Festival and volunteer needs
* Reports from the DNC events and National Convention

### Observations on Police Behavior and Green Party Involvement
Philena Farley shares her observations of police behavior at a protest, suggesting that the police may have been ordered not to interfere with Green Party members. She also mentions the arrest of a fellow Green Party member at the RNC protest in Milwaukee. Becca C inquiries about the use of banners to identify the Green Party at the protest. Most of the members wore State branded Green Party t-shirts.

### Discussion on Convention Experience and Financial Reimbursement
Anita Rios and Philena Farley discuss the challenges faced during the recent convention, such as media blackout, technical glitches, and confusion with delegate reporting. Philena also shares her experience with a discussion on nuclear power and issues with the credentialing process. The section concludes with a conversation about financial reimbursement for travel expenses related to the convention, with Anita offering to make a monthly donation to cover Philena's expenses.
* Treasurer's report and financial contributions

**Next Meeting:** Sept 17th 7:30pm

### Action Items:

* Anita Rios will send out the link to the listserv after the call.
* Anita Rios will reach out to the campaign to clarify the process for in-kind donations to the Stein campaign.
* Anita Rios will investigate the deadlines for ballot access and ensure Butch's name is on the ballot.
* Anita Rios will print up literature on card stock and mail it to the person in question within the next couple of days.
* Philena Farley will send receipts for travel expenses to Becca for treasurer reports.
* Anita Rios will make a monthly donation for the next six months to cover Philena's travel expenses.
* Becca C will provide a treasurer's report that includes the expenses from the Chicago trip.

### Key Questions:

* What are the deadlines for ballot access and how can we ensure Butch's name is on the ballot?
* Who can volunteer for the Hot Times Festival and what are the needs?
* What are the financial contributions and expenses for the Ohio Greens?

I went back to Slack after that call, trying to figure out what to do.

**Rick Lass** Aug 17th at 9:48 AM
since you filed a candidate petition not a party petition, probably just a withdrawal letter from Anita and a declaration of candidacy from Butch. But please wait until they confirm that the petition is valid

2 replies

**Philena Farley** Aug 27th at 8:03 PM
Is there a deadline? I don't know what Howie had to do in 2020. Is there a withdrawal form, or literally writing a letter?

And how do we get the declaration from Butch?

No answer

Sent a message to Howie Hawkins 2020 campaign manager Andrea Mérida Cuéllar



ABSOLUTELY
Aug 27, 2024, 7:53 PM

Hey, do you remember the process to switch that Ohio petition to Howie? We have to switch Anita to Butch.

Sent

No answer



Anita Rios · Aug 28, 10:30 AM — When Anita called back they were telling me that they can take it as received but it's too late to withdraw from the ballot, and I walked out. Then relayed that msg to Anita.

Anita Rios · Aug 28, 10:15 AM — I was still waiting in the lobby for someone to come tell me if I was too late to swap VPs.

I told them you have COVID and that is your petition signature. That said they will still received(timestamp) it as officially submitted today, since this is public information, but no guarantee the ballots can be updated at this point.

Aug 28, 10:49 AM

Okay, thanks

Anita Rios · Aug 28, 12:26 PM

— Wednesday, August 28th —

**Philena Farley** 8:17 AM
No one has gotten in touch with Anita about how to swap VP's at this point. Let me know if we missed the deadline, or if it matters. Thanks

Jason Call Campaign Manager JillStein24



**Philena Farley** 8:17 AM
No one has gotten in touch with Anita about how to swap VP's at this point. Let me know if we missed the deadline, or if it matters. Thanks

**Jason Call Campaign Manager JillStein24** 7:25 PM
I replied to Anita's email this morning

I don't know what's exactly in that email.

We were all very frustrated during the state committee call that we didn't have much to go on. But officially, we didn't have a solid plan of action for a letter. I just needed someone to say, 'just leave it as is' but no one did.

# Exhibit B

ANITA RIOS
2624 ROBINWOOD AVE.
TOL., OH. 43610

ATTN: HUY YI, PUBLIC INTEGRATE DIVISION

OH. SECRETARY OF STATES OFFICE
200 CIVIC CENTER DR.
COLUMBUS, OH. 43215

METROPLEX MI 480
27 SEP 2024 PM 15 L



To Whom It May Concern:

    I, Anita Rios, am the Vice-Presidential candidate on the Ohio ballot with Jill Stein as the Presidential candidate, for the November 2024 general election. I have at no time given prior authorization to anyone to present for filing a letter to the Ohio Secretary of State asking that my name be removed from the ballot, as the Vice Presidential candidate with Jill Stein as the Presidential candidate, for the 2024 election.

_9/27/2024_            _Anita Rios_
                                                     Anita Rios

State of Ohio    )
                      ) ss:
County of Lucas   )

    Sworn to before me and subscribed in my presence by Anita Rios at Toledo, Lucas County, Ohio this 27th day of September, 2024.

                                       Terry J. Lodge
                                       Notary Public
                                       My commission is nonexpiring

# Exhibit C

| | |
|---|---|
| **From:** | Yi, Hun |
| **To:** | rhannon@toast.net |
| **Subject:** | RE: [EXTERNAL] re letter from Anita Rios |
| **Attachments:** | image003.png |
| | Xerox_Scan_10012024134927.pdf |

Ms. Rios,

Our office received your affidavit via US Postal Service today.  In reviewing your affidavit, it was noticed that the notary portion was not completed properly.  Per Ohio Revised Code 147.04, a notary public shall obtain the seal of a notary public… The seal may be either type that will stamp ink or one that will emboss…

Please bring this to the attention of your attorney/notary public.

Your affidavit should be signed after you give an oath or affirmation that the statement in the document is true and correct.  The signer then signs the document in the presence of a notary public to be notarized with a notary seal.  Please work with your attorney to submit your notarized affidavit.

Your affidavit received by the Secretary of State's office is attached to this email for your reference.


Thank you,
Hun



This message and any response to it may constitute a public record and thus may be publicly available to anyone who requests it.

**From:** Anita Rios <rhannon@toast.net>
**Sent:** Sunday, September 29, 2024 4:58 PM
**To:** Yi, Hun <hyi@OhioSOS.Gov>
**Subject:** [EXTERNAL] re letter from Anita Rios

****Secretary of State Security Notice****
This e-mail is from an external source. Think before you click links or open attachments.

Mr Yi,

Here is a copy of the letter that I signed and put in the mail to you on Friday 9/27/2024.
Please feel free to call me if you need anything else from me.
Anita Rios

**To
Whom It May Concern:**

    **I,
Anita Rios, am the Vice-Presidential candidate on the Ohio ballot with Jill Stein as the Presidential candidate, for the November 2024 general election. I have at no time given prior authorization to anyone to present for filing a letter to the Ohio Secretary
    of State asking that my name be removed from the ballot, as the Vice Presidential candidate with Jill Stein as the Presidential candidate, for the 2024 election.**

_____

**Anita
Rios**

State of Ohio )

) ss:
County of Lucas )

Sworn to before me and subscribed in my presence by Anita Rios at Toledo, Lucas County, Ohio this 27th day of September, 2024.

_____

Terry J. Lodge

Notary Public

My commission is nonexpiring

# Exhibit D



U.S. POSTAGE PAID
PME
TOLEDO, OH 436
OCT 02, 2024
**$30.45**
R2305K131587
43215
RDC 07
EI 637 752 092 US

Retail

PRIORITY MAIL EXPRESS®
UNITED STATES POSTAL SERVICE®

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)  PHONE ( 419 ) 902-6618
ANITA RIOS
2626 ROBINWOOD AVE.
TOLEDO, OHIO 43610
PI

TO: (PLEASE PRINT)  PHONE ( )
OH. SEC. OF STATE
200 CIVIC CENTER DR.
COLUMBUS, OHIO 43215
ATTN: HON. YI

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 43601
Date Accepted (MM/DD/YY): 10-3-24
Time Accepted: 1:01 PM
Weight: 1 lbs 180 ozs

Scheduled Delivery Date (MM/DD/YY): 10.3.24
Scheduled Delivery Time: 6:00 PM
Postage: $
Insurance Fee: $
Return Receipt Fee: $
Total Postage & Fees: $30.45

Acceptance Employee Initials: [signature]

DELIVERY (POSTAL SERVICE USE ONLY)
LABEL 11-B, MAY 2021
PSN 7690-02-000-9996



ATTENTION DELIVERY PERSONNEL
SENDER HAS WAIVED SIGNATURE REQUIREMENT
PLEASE DELIVER PER DMM
EXPRESS MAIL
UNITED STATES POSTAL SERVICE

PRIORITY MAIL®
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT



To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

EP13F October 2023

This package is made from post-consumer waste. Please recycle - again.

Exhibit D, Page 1 of 4





USPS Priority Mail Express flat rate envelope.

Postage: $30.45, Toledo OH, Oct 02, 2024. Tracking: EI 637 752 092 US.

FROM:
ANITA RIOS
2626 ROBINWOOD AVE.
TOLEDO, OHIO 43610
PHONE: 419-902-6618

TO:
OH. SEC. OF STATE
200 CIVIC CENTER DR.
COLUMBUS, OHIO 43215
ATTN: 4th fl.

Origin ZIP: 43601. Date Accepted: 10-3-24. Time: 1:01 PM. Weight: 1 lb 80 oz. Scheduled Delivery: 10-3-24 6:00 PM. Total Postage & Fees: $30.45.

Exhibit D, Page 2 of 4

ANITA RIOS
2626 ROBINWOOD AVE.
TOLEDO, OHIO 43610

ATTN: HUN YI, PUBLIC INTEGRITY DIVISION
OHIO SEC. OF STATE
200 CIVIC CNTR. DR.
COLUMBUS, OH. 43215

To Whom It May Concern:   10/2/2024

I, Anita Rios, am the Vice-Presidential candidate on the Ohio ballot with Jill Stein as the Presidential candidate, for the November 2024 general election. I have at no time given prior authorization to anyone to present for filing a letter to the Ohio Secretary of State asking that my name be removed from the ballot, as the Vice Presidential candidate with Jill Stein as the Presidential candidate, for the 2024 election.

*Anita Rios*
**Anita Rios**

*Mandy Parton*
10/2/2024

[Notary Seal: MANDY PARTON - NOTARY PUBLIC, COMM EXP: JUL 25, 2026, STATE OF OHIO]