United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

Jill Stein, *et al.,*

-vs-                                                                  Case No. 2:24-cv-4042

Frank LaRose

## COURTROOM MINUTES

| U.S. District Judge Michael H. Watson | | Date:   October 22, 2024 | |
|---|---|---|---|
| **Deputy Clerk** | Jennifer Kacsor | **Counsel for Pltf:** | Mark Brown |
| **Court Reporter** | Lahana DuFour | **Counsel for Deft(s):** | Heather Buchanan, Stephen Tabatowski, Mark David Tucker, Ann Yackshaw |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | | **Log Out** | |

Witness Anita Rios
Witness Philena Farley
Witness Hun Yi