IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DR. JILL STEIN, ANITA RIOS, LOGAN MARTINEZ, DEBORAH MANERA SMITH and ROBERT HANNON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No.: No. 24-cv-4042<br>Judge Michael Watson |
| FRANK LaROSE, in his official capacity as Secretary of State of Ohio, | ) ) ) | |
| Defendant. | ) ) ) | |

**PLAINTIFFS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE THAT Plaintiffs hereby appeal to the U.S. Court of Appeals for the Sixth Circuit from the District Court's October 23, 2024 Order (Doc. 19), in which the Court abstained from ruling on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) and stayed the case pursuant to *R. R. Comm'n of Tex. v. Pullman Co.*, 312 U.S. 496, 500 (1941), without issuing preliminary injunctive relief.

Dated: October 23, 2024

Respectfully submitted,

*/s/Mark R. Brown*
Mark R. Brown (Bar No. 081941)*
Newton D. Baker/Baker &
Hostetler Professor of Law
Capital University**
303 E. Broad Street
Columbus, OH  43220
MBrown@law.capital.edu
Phone  (614) 236-6590
Fax     (614) 236-6596

1

Oliver Hall
(*Pro Hac Vice Pending*)
CENTER FOR COMPETITIVE DEMOCRACY
P.O. Box 21090
Washington, DC 20009
202-248-9294
oliverhall@competitivedemocracy.org

*Counsel of Record
**For identification only

*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

*/s/Mark R. Brown*
Mark. R. Brown
*Counsel to Plaintiffs*