# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  October 24, 2024

Mr. Mark R. Brown
303 E. Broad Street
Columbus, OH 43215

Re:  Case No. 24-3923, *Jill Stein, et al v. Frank LaRose*
Originating Case No. 2:24-cv-04042

Dear Counsel,

This appeal has been docketed as case number **24-3923** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **November 7, 2024**.  The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries.  Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:    Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

Appellee:    Appearance of Counsel
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                        Sincerely yours,

                                        s/Robin L Baker
                                        Case Manager
                                        Direct Dial No. 513-564-7014

cc:  Ms. Ann Yackshaw

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-3923**

DR. JILL STEIN; ANITA RIOS; LOGAN MARTINEZ; DEBORAH MANERA SMITH; ROBERT HANNON

        Plaintiffs - Appellants

v.

FRANK LAROSE, in his official capacity as Secretary of State of Ohio

        Defendant - Appellee