UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dr. Jill Stein, *et al.*,

    Plaintiffs,

v.

Frank LaRose, in his official capacity as Secretary of State,

    Defendant.

Case No. 2:24-cv-4042

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

The parties are **ORDERED** to file a joint status report suggesting next steps by **Friday, December 6, 2024**.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT