# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DR. JILL STEIN, ANITA RIOS, LOGAN MARTINEZ, DEBORAH MANERA SMITH and ROBERT HANNON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 24-4042 |
| FRANK LaROSE, in his official capacity as Secretary of State of Ohio, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendant hereby file this joint status report as ordered by the District Court on December 5, 2024.

1. On Tuesday, December 3, 2024, the Sixth Circuit dismissed the interlocutory appeal in the above-styled case on mootness grounds and vacated this Court's prior order abstaining from further proceedings;

2. The Sixth Circuit's Order (Doc. No. 29, filed Dec. 5, 2024 with the District Court) states that the mandate will be forthcoming;

3. Plaintiffs and Defendant have agreed to notice a joint stipulation of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) when the mandate is released.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark R. Brown* | */s/ Ann Yackshaw* |
| Mark R. Brown | Ann Yackshaw |
| *Counsel of Record* | Office of Ohio Attorney General |
| Newton D. Baker/Baker & Hostetler Chair | 30 East Broad Street |
| CAPITAL UNIVERSITY* | Columbus, OH 43215 |
| 303 E. Broad Street | 614.446.2872 |
| Columbus, OH 43215 | Ann.Yackshaw@OhioAGO.gov |
| 614.236.6590 | *Counsel for Defendant* |
| mbrown@law.capital.edu | |
| *Counsel for Plaintiffs* | |

*For identification only