## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 02, 2025

Mr. Richard W. Nagel
Office of the Clerk
85 Marconi Boulevard
Suite 121
Columbus, OH 43215

Re: Case No. 24-3923, *Jill Stein, et al v. Frank LaRose*
Originating Case No. 2:24-cv-04042

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Abby Hahn
for Robin Baker, Case Manager

cc: Mr. Mark R. Brown
Mr. Oliver B. Hall
Mr. Stephen P. Tabatowski
Ms. Ann Yackshaw

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 24-3923

_____

Filed: January 02, 2025

DR. JILL STEIN; ANITA RIOS; LOGAN MARTINEZ; DEBORAH MANERA SMITH; ROBERT HANNON

    Plaintiffs - Appellants

v.

FRANK LAROSE, in his official capacity as Secretary of State of Ohio

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 12/03/2024 the mandate for this case hereby issues today.

COSTS:  None