IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DR. JILL STEIN, ANITA RIOS, LOGAN MARTINEZ, DEBORAH MANERA SMITH and ROBERT HANNON, <br><br>  Plaintiffs, <br><br> v. <br><br> FRANK LaROSE, in his official capacity as Secretary of State of Ohio, <br><br>  Defendant. | Civil No.24-4042 |

### NOTICE OF STIPULATED VOLUNTARY DISMISSAL
### UNDER RULE 41(a)(1)(A)(ii)

Plaintiffs, through counsel, and Defendant, through counsel, hereby notice their joint stipulation to a voluntary dismissal of the above-styled case.

Agreed (per authorization December 5, 2024):

| | |
|---|---|
| */s/ Mark R. Brown* <br> Mark R. Brown <br> *Counsel of Record* <br> Newton D. Baker/Baker & Hostetler Chair <br> CAPITAL UNIVERSITY* <br> 303 E. Broad Street <br> Columbus, OH 43215 <br> 614.236.6590 <br> mbrown@law.capital.edu <br> *Counsel for Plaintiffs* | */s/ Ann Yackshaw* <br> Ann Yackshaw <br> Office of Ohio Attorney General <br> 30 East Broad Street <br> Columbus, OH 43215 <br> 614.446.2872 <br> Ann.Yackshaw@OhioAGO.gov <br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025 the foregoing document was filed using the Court's CM/ECF system, which will effect service upon all counsel of record.

*/s/Ann Yackshaw*
Ann Yackshaw

*Counsel for Defendant*
